IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00331-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIC LEON BUTT, JR.
2.  PAUL RAY WEYAND,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant Butt's motion to appear by telephone is granted.


Dated: October 12, 2007

                                              s/ Jane Trexler, Judicial Assistant