**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: January 24, 2008
Court Reporter: Janet Coppock               Time: 9 minutes
Probation Officer: n/a                      Interpreter: n/a

---

**CASE NO.  07-CR-00331-WDM**

Parties                                      Counsel

**UNITED STATES OF AMERICA,**                Linda McMahan
                                            Robert Anderson
                                            Special Agent Kevin Ellis

             Plaintiff,

vs.

**ERIC LEON BUTT, JR., and**                 Robert Pepin
**PAUL RAY WEYAND,**                         Kelly McCabe

             Defendants.

---

**STATUS CONFERENCE**

---

**10:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Mr. McCabe appears by telephone. Defendant's
appearances have been waived.

Comments by Mr. Pepin in support of defendant Eric Leon Butt, Jr.'s Motion for
Extension of Time to File Motions (Doc #44), filed 1/2/08.

Comments by Mr. Anderson advising of no objection to defendant's motion.

Comments by Mr. McCabe in support of defendant Paul Ray Weyand's Motion for Extension of Time to File Motions (Doc #45), filed 1/3/08.

Court concludes that the ends of justice served by excluding **from today and up to and including February 18, 2008** from the speedy trial calculations outweigh the best interest of the public and the defendants in a speedy trial. Given the nature of the prosecution, locations of witnesses and extensive discovery, to require defendants to go to trial within the established speedy trial deadline would be unreasonable, for preparation for pretrial and trial, taking into account due diligence.

**ORDERED:** Defendant Eric Leon Butt, Jr.'s Motion for Extension of Time to File Motions (Doc #44), filed 1/2/08 is **GRANTED.**

**ORDERED:** Defendant Paul Ray Weyand's Motion for Extension of Time to File Motions (Doc #45), filed 1/3/08 is **GRANTED.**

**ORDERED:** Motions deadline is extended to **February 4, 2008.**

**ORDERED:** Counsel directed to schedule a status conference, to be held prior to February 18, 2008.

**ORDERED:** Government's Unopposed Motion to Attend Hearing Telephonically (Doc #31), filed 10/16/07 is **GRANTED.**

**ORDERED:** Defendant Paul Ray Weyand's Motion to Declare Case Complex (Doc #22), filed 10/1/07 is **GRANTED.**

**10:12 a.m.   COURT IN RECESS**

**Total in court time:          9 minutes**

**Hearing concluded**