# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00331-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC LEON BUTT, JR.,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ERIC LEON BUTT, JR. before Judge Walker D. Miller on the charges in the indictment on December 1, 2008, at 3:00 p.m. in the above-captioned case and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of defendant's case and thereafter to return the defendant to the institution where he is now confined. It is necessary that he be present in person during the proceedings, appearances, and final disposition of his case. Additionally, there is an outstanding arrest warrant issued in this same case for violations of bond conditions.

SO ORDERED this 24th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO