IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00331-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

1. ERIC LEON BUTT, JR.,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that upon the conclusion of the hearing on December 10, 2008, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 10th day of December, 2008.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____  _____
Counsel for Plaintiff                         Counsel for Defendant